SHEGERIAN CONNIFF LLP
Heather Conniff, Esq., Cal. Bar No. 294153
hc@shegerianconniff.com
Cortney Shegerian, Esq., Cal. Bar No. 296457
cs@shegerianconniff.com
Levon Derkalousdian, Esq., Cal. Bar No. 334658
ld@shegerianconniff.com
620 Newport Center Drive, Ste. 380
Newport Beach, CA 92660
Telephone: (310) 322-7500
e-Fax: (844) 721-5217

Attorneys for Plaintiff,
DEVIN GORDON

[Additional caption on following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN GORDON, an individual, | Case No. 5:24-cv-01834-JFW-SK |
| Plaintiff, | Hon John F. Walter |
| vs. | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| AMAZON.COM SERVICES, LLC, and DOES 1 TO 100, inclusive, | |
| Defendants. | |

-1-

SMRH:4928-0475-3225.1

STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   MICHAEL T. CAMPBELL, Cal. Bar No. 293376
2  mcampbell@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
3  Los Angeles, California 90067-6055
   Telephone:  310.228.3700
4  Facsimile:  310.228.3701

5  LISA M. HARRIS, Cal Bar No. 264460
   lharris@sheppardmullin.com
6  650 Town Center Drive, 10th Floor
   Costa Mesa, California 92626-1993
7  Telephone:  714.513.5100
   Facsimile:  714.513.5130
8
   CHENXI LU, Cal. Bar No. 334250
9  ablu@sheppardmullin.com
   350 Grand Avenue, 40th Floor
10 Los Angeles, California 90071-3460
   Telephone:  213.620.1780
11 Facsimile:  213.620.1398

12 Attorneys for Defendant
   AMAZON.COM SERVICES LLC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:4928-0475-3225.1

-2-

STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

Plaintiff Devin Gordon ("Plaintiff") and Defendant Amazon.com Services LLC ("Defendant") (together, the "Parties"), by and through their counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) as follows:

1. WHEREAS, on or about July 17, 2024, Plaintiff filed a Complaint against Defendant in the Superior Court of the State of California, County of Riverside, Case No. CVRI2403949, alleging the following causes of action: (1) disability discrimination; (2) harassment based on his disability; (3) failure to provide a reasonable accommodation; (4) failure to engage in the interactive process; (5) failure to prevent discrimination, harassment, and retaliation; (6) whistleblower retaliation in violation of Labor Code Section 1102.5; (7) wrongful termination in violation of public policy; and (8) intentional infliction of emotional distress (the "Action").

2. WHEREAS, on August 28, 2024, Amazon removed this Action to the United States District Court for the Central District of California.

3. WHEREAS, the Parties have reached a resolution and settlement of all claims brought by Plaintiff against Defendant, and have entered into an agreement to resolve the lawsuit and to dismiss the action in its entirety with prejudice.

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** by and between the Parties, through their counsel of record, that Plaintiff's claims against Defendant are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and that each party will bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: June 3, 2025                    SHEGERIAN CONNIFF LLP

                                       By:  /s/ Monica Rokhman
                                       Levon Derkalousdian,
                                       Monica Rokhman
                                       Counsel for Plaintiff
                                       Devin Gordon

| | |
|---|---|
| Dated: June 3, 2025 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>By:   */s/ Chenxi Lu*<br>Michael Campbell,<br>Chenxi Lu<br>Counsel for Defendant,<br>Amazon.com Services LLC |

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: June 3, 2025            By: */s/ Chenxi Lu*
                                    Chenxi Lu