SHEGERIAN CONNIFF LLP
Heather Conniff, Esq., Cal. Bar No. 294153
hc@shegerianconniff.com
Cortney Shegerian, Esq., Cal. Bar No. 296457
cs@shegerianconniff.com
Levon Derkalousdian, Esq., Cal. Bar No. 334658
ld@shegerianconniff.com
620 Newport Center Drive, Ste. 380
Newport Beach, CA 92660
Telephone: (310) 322-7500
e-Fax: (844) 721-5217

Attorneys for Plaintiff,
DEVIN GORDON

Closed

[Additional caption on following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN GORDON, an individual, | Case No.  5:24-cv-01834-JFW-SK<sub>X</sub> |
| Plaintiff, | Hon John F. Walter |
| vs. | **ORDER OF DISMISSAL** |
| AMAZON.COM SERVICES, | |
| Defendants. | |

-1-

1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
MICHAEL T. CAMPBELL, Cal. Bar No. 293376
2 | mcampbell@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
3 | Los Angeles, California 90067-6055
Telephone:   310.228.3700
4 | Facsimile:   310.228.3701

5 | LISA M. HARRIS, Cal Bar No. 264460
lharris@sheppardmullin.com
6 | 650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
7 | Telephone:   714.513.5100
Facsimile:   714.513.5130
8 |
CHENXI LU, Cal. Bar No. 334250
9 | ablu@sheppardmullin.com
350  Grand Avenue, 40th Floor
10 | Los Angeles, California 90071-3460
Telephone:   213.620.1780
11 | Facsimile:   213.620.1398

12 | Attorneys for Defendant
AMAZON.COM SERVICES LLC

-2-

## <u>ORDER OF DISMISSAL</u>

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, and that each party will bear his or its own attorneys' fees and costs. The Clerk is directed to close the file.

Dated:    June 4, 2025

_____

THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL